IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

JUL 15 2025

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-CR-20037 |
| | ) | |
| EDWIN BONILLA MENDOZA, | ) | Title 8, United States Code, |
| | ) | Section 1326(a); Title 18 United |
| | ) | States Code, Section 111 |
| Defendant. | ) | |

## INDICTMENT

### COUNT 1
(Removed Alien Found in United States)

**THE GRAND JURY CHARGES:**

On June 29, 2025, in Kankakee County, in the Central District of Illinois,

**EDWIN BONILLA MENDOZA,**

the defendant, an alien, was found in the United States after having been removed and deported therefrom on or about January 24, 2018, at or near Alexandria, Louisiana, and not having obtained the express consent of the Secretary of the Department of Homeland Security to apply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

### COUNT 2
(Resisting a Federal Officer)

**THE GRAND JURY CHARGES:**

On June 29, 2025, in Kankakee County, in the Central District of Illinois,

EDWIN BONILLA MENDOZA,

the defendant, did forcibly resist, oppose, impede, and interfere with any person designated in 18 U.S.C. § 1114, to wit: Immigrations and Customs Enforcement Deportation Officer Guenther, who was engaged in official duties.

In violation of Title 18, United States Code, Section 111(a).

A TRUE BILL

s/redacted
FOREPERSON

s/redacted
GREGORY M. GILMORE
ACTING UNITED STATES ATTORNEY
WJL